# Return

| Case No.: 2:22-cr-259 G7-22-0002 | Date and time warrant executed: 10/28/2021 10:05 PM | Copy of warrant and inventory left with: Residence |
|---|---|---|

Inventory made in the presence of: GS Gary Lawrence, SIA Brendan McSheehy, SIA Timothy Boyle, TFO's Justin Kutski, Robert Basili, Michael Guerrieri, James White, Johnathan Holbrook and USPIS TFO Jaime Howard

Inventory of the property taken and name(s) of any person(s) seized:

4 clear plastic bags containing crystal-like substance
1 clear plastic bag containing white powder substance
1 clear plastic bag containing brown powder substance
1 Red container containing (10) orange tablets
1 Box of (30) rounds of 9mm ammunition
1 digital scale
1 AR-15 (45) round magazine
29 rounds of 5.55 ammunition
1 money bank bag labled "The Bank of Soprton"

Nothing Else Taken

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/24/2022

Executing officer's signature

TFO Michael Guerrieri
Printed name and title